UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **5:18-cv-00983-CJC (MAA)**                                     Date:  **October 22, 2018**

Title     **Luevina Henry v. The Honorable Meredith A. Jury, *et al.***

Present: The Honorable:    **MARIA A. AUDERO, U.S. Magistrate Judge**

|            Cheryl Wynn             |              N/A              |
| :--------------------------------: | :---------------------------: |
|            Deputy Clerk            |     Court Reporter / Recorder |

Attorneys Present for Petitioner:              Attorneys Present for Respondent:
N/A                                            N/A

**Proceedings (In Chambers):**   Order to Show Cause Re: Failure to Serve Summons and Complaint and Failure to Prosecute

On May 7, 2018, Plaintiff Leuvina Henry ("Plaintiff"), proceeding *pro se*, filed a Complaint. ("Complaint," ECF No. 1.)

Federal Rule of Civil Procedure 4(m) requires defendants to be served within ninety days after a complaint is filed. Over ninety days have passed since the Complaint in this action was filed, and there is no indication on the docket that the following Defendants have been properly served with the summons and Complaint: Deputy Sheriff Angeles, County of Riverside, Johnnie L. Baker Jr.,[1] Tara Abrams, Megafunding, Inc., Jurapa Community, Southern California Edison, and Southern California Gas Company (collectively, "Defendants").

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing on or before **November 13, 2018**, why this case should not be dismissed against Defendants for failure to serve the summons and Complaint and failure to prosecute this action.

Plaintiff may discharge this order to show cause by obtaining the required summons, properly serving the summons and Complaint on all Defendants, and filing a proof of service that demonstrates proper service, no later than **November 13, 2018**.

---

[1] Johnnie L. Baker, Jr. is listed twice as a Defendant in the Complaint caption. It is unclear whether Johnnie L. Baker Jr. is the same person as Johnnie L. Baker, who has appeared in the lawsuit.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **5:18-cv-00983-CJC (MAA)**                                   Date:  **October 22, 2018**

Title   <u>**Luevina Henry v. The Honorable Meredith A. Jury, *et al.***</u>

     The Court advises Plaintiff that failure to serve the summons and Complaint and file the proofs of service on or before **November 13, 2018**, may result in dismissal of this action against Defendants for failure to serve and failure to prosecute.

It is so ordered.

                                                                                                             :
**Initials of Preparer**    cw