JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/26/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUEVINA HENRY<br><br>        Plaintiff,<br><br>  v.<br><br>MEREDITH A. JURY, *et al.*,<br><br>        Defendants. | Case No. 5:18-cv-00983-CJC (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is DISMISSED with prejudice.

DATED: December 21, 2018

                                         CORMAC J. CARNEY
                                 UNITED STATES DISTRICT JUDGE